# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

DONALD E. MacCORD, JR., et al.,

        Defendants.

C17-1809 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion to stay, docket no. 14, brought by defendant Donald E. MacCord, Jr., and joined by defendant Shannon D. Doyle, docket no. 16, is GRANTED in part and DENIED in part, as follows.

    (a) Defendants shall answer the Complaint, responding to allegations that do not tend to incriminate them or involve their Fifth Amendment rights;

    (b) Within fourteen (14) days of the date of this Minute Order, defendants shall serve their initial disclosures pursuant to the Order entered December 13, 2017, docket no. 4;

    (c) All testimonial discovery is stayed in its entirety as to all parties and non-parties; and

    (d) Documentary discovery is stayed only as to defendants MacCord and Doyle.

(2) A status conference is SET for Friday, May 4, 2018, at 10:00 a.m., to address whether the partial stay of this matter should be continued or modified in light of the proceedings in the related criminal case.

MINUTE ORDER - 1

(3)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of March, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk
