UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>  v.<br><br>DONALD E. MacCORD, JR., et al.,<br><br>                Defendants. | C17-1809 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 30, the Court DIRECTS that the stay imposed by the Minute Order entered March 5, 2018, docket no. 23, shall remain in full force and effect. The parties shall file another Joint Status Report on or before August 3, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of July, 2018.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1