UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,

  v.

DONALD E. MACCORD, JR.;
SHANNON D. DOYLE; and DIGI
OUTDOOR MEDIA, INC.,

              Defendants.

C17-1809 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed (i) the Certification filed by former counsel for defendant Donald E. MacCord, Jr., docket no. 39, indicating that the service copy of the Minute Order entered February 14, 2019, docket no. 37, which set a date by which substitute counsel must appear for MacCord, was returned as undeliverable, (ii) the Joint Status Report submitted by plaintiff Securities and Exchange Commission ("SEC") and defendants Shannon D. Doyle and Digi Outdoor Media, Inc., docket no. 40, and (iii) the Criminal Minutes related to MacCord's sentencing on April 2, 2019, in the Northern District of California, the Court hereby ORDERS:

    (a) The deadline by which a notice of appearance must be filed by an attorney representing MacCord is EXTENDED to May 15, 2019. If a notice of appearance is not timely filed, MacCord will be deemed as proceeding pro se. MacCord is advised that, if he proceeds pro se, he will have an obligation to keep the Court apprised of his contact information and to provide the Court with any change of address. MacCord is also advised that, if he proceeds pro se, he will be

MINUTE ORDER - 1

expected to comply with the rules and orders of this Court and that he will be held to the same standards as lawyers authorized to practice before this Court.

    (b)    The stay imposed by the Minute Order entered March 5, 2018, docket no. 23, shall remain in full force and effect. The parties shall file another Joint Status Report on or before September 30, 2019.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Donald MacCord, Jr. at (i) 2512 Treasures Ct., Prince Frederick, MD 20678, and (ii) 1401 New York Ave NE, Washington, DC 20002. The SEC shall serve a copy of this Minute Order on counsel representing MacCord in the related criminal matter and file proof of such service within seven (7) days of the date of this Minute Order.

Dated this 8th day of April, 2019.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 2