UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

DONALD E. MacCORD, JR.; SHANNON D. DOYLE; AND DIGI OUTDOOR MEDIA, INC.,

    Defendants.

C17-1809 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The deadline by which a notice of appearance should have been filed by an attorney representing defendant Donald E. MacCord, Jr. having expired, *see* Minute Order (docket no. 41), and no such notice of appearance having been filed, defendant MacCord is hereby deemed as proceeding pro se in this action.

(2) Pursuant to the Joint Status Report, docket no. 46, filed by plaintiff Securities and Exchange Commission and defendants Shannon D. Doyle and Digi Outdoor Media, Inc., the stay imposed by the Minute Order entered March 5, 2018, docket no. 23, shall remain in full force and effect. The parties shall file another Joint Status Report on or before February 14, 2020. A draft of such Joint Status Report shall be mailed to defendant MacCord at least two weeks before the deadline for submission.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant pro se Donald E. MacCord, Jr., Register Number 48702-086, at Montgomery Federal Prison Camp, Maxwell Air Force Base, Montgomery, AL 36112.

Dated this 10th day of October, 2019.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1