UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DONALD E. MacCORD, JR.; SHANNON D. DOYLE; AND DIGI OUTDOOR MEDIA, INC.,<br><br>Defendants. | C17-1809 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the Joint Status Report, docket no. 54, filed by plaintiff Securities and Exchange Commission and defendants Shannon D. Doyle and Digi Outdoor Media, Inc., the stay imposed by the Minute Order entered March 5, 2018, docket no. 23, shall remain in full force and effect. The parties shall file another Joint Status Report on or before January 4, 2021. A draft of such Joint Status Report shall be mailed to defendant pro se Donald MacCord at least three (3) weeks before the deadline for submission.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant pro se Donald E. MacCord, Jr., Register Number 48702-086, at Montgomery Federal Prison Camp, Maxwell Air Force Base, Montgomery, AL 36112.

Dated this 3rd day of November, 2020.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1