UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

DONALD E. MacCORD, JR.; SHANNON D. DOYLE; AND DIGI OUTDOOR MEDIA, INC.,

Defendants.

C17-1809 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the Joint Status Report, docket no. 56, filed by plaintiff Securities and Exchange Commission and defendants Shannon D. Doyle and Digi Outdoor Media, Inc., the stay imposed by the Minute Order entered March 5, 2018, docket no. 23, shall remain in full force and effect. The parties shall file another Joint Status Report within twenty-one (21) days after Mr. Doyle is sentenced in the related criminal proceeding or by December 31, 2021, whichever is earlier. A draft of such Joint Status Report shall be mailed to defendant pro se Donald MacCord at least one (1) week before the deadline for submission.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant pro se Donald E. MacCord, Jr., Register Number 48702-086, at Montgomery Federal Prison Camp, Maxwell Air Force Base, Montgomery, AL 36112.

Dated this 4th day of January, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1