UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.

DONALD E. MacCORD, JR.; SHANNON D. DOYLE; AND DIGI OUTDOOR MEDIA, INC.,

          Defendants.

C17-1809 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    According to the Joint Status Report ("JSR"), docket no. 58, filed by plaintiff Securities and Exchange Commission ("SEC") and defendants Shannon D. Doyle ("Doyle") and Digi Outdoor Media, Inc. ("Digi"), the related criminal proceedings involving Doyle and Donald E. MacCord, Jr. have concluded, with both individuals having pleaded guilty and been sentenced.  In their JSR, the SEC, Doyle, and Digi indicated that they were engaged in settlement negotiations and that the SEC would advise the Court if such discussions were unsuccessful.  Nothing has been filed in this matter since June 11, 2021, and the parties are DIRECTED to show cause, within fourteen (14) days of the date of this Minute Order, why this case should not be dismissed either with or without prejudice.

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant pro se Donald E. MacCord, Jr., Register Number 48702-086, at RRM Long Beach, Residential Re-entry Office, P.O. Box. 323, San Pedro, CA  90733.

      Dated this 21st day of January, 2022.

                                                              Ravi Subramanian
                                                             Clerk

                                                             s/Gail Glass
                                                             Deputy Clerk

MINUTE ORDER - 1