UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

DONALD E. MacCORD, JR.;
SHANNON D. DOYLE; and
DIGI OUTDOOR MEDIA, INC.,

Defendants.

C17-1809 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The related criminal proceedings having been concluded, *see* Joint Status Report (docket no. 58), the partial stay imposed by Minute Order entered March 5, 2018, docket no. 23, is LIFTED, and this matter is returned to the Court's active docket.

(2) Pursuant to defendant Shannon D. Doyle's request, *see* Def.'s Resp. (docket no. 61), the portion of this matter involving plaintiff Securities and Exchange Commission's claims against Mr. Doyle is REFERRED to the Honorable Brian A. Tsuchida, United States Magistrate Judge, to conduct a settlement conference.

(3) By March 15, 2022, plaintiff and defendants Donald E. MacCord, Jr. and Digi Outdoor Media, Inc. ("Digi") shall file a Joint Status Report indicating whether they have reached a settlement in principle and, if so, when they anticipate that the Securities and Exchange Commission will approve the settlement.

(4) Mr. MacCord is DIRECTED to provide, within fourteen (14) days of the date of this Minute Order, his current contact information, including a postal address, a telephone number, and an email address.

MINUTE ORDER - 1

(5) Given the current status of this matter, the Court DECLINES plaintiff's request, see Pla.'s & Digi's Resp. (docket no. 60), to set a deadline for filing dispositive motions. If dispositive motion practice is required, the Court will direct the remaining parties to submit a Joint Status Report proposing a discovery plan, discovery completion deadline, and briefing schedule for dispositive motions.

(6) The Clerk is directed to send a copy of this Minute Order to all counsel of record, to defendant pro se Donald E. MacCord, Jr. via email at dmaccord59@gmail.com, and to Magistrate Judge Tsuchida.

Dated this 2nd day of March, 2022.

        Ravi Subramanian
        Clerk

        s/Gail Glass
        Deputy Clerk

MINUTE ORDER - 2