# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DONALD E. MacCORD, Jr. et al., <br><br> Defendant. | CASE NO. 2:17-cv-01809-TSZ <br><br> **ORDER REGARDING JUDICIAL SETTLEMENT CONFERENCE** |

This case has been referred for settlement conference before the Honorable BRIAN A. TSUCHIDA, United States Magistrate Judge, regarding Plaintiff and Defendant Shannon D. Doyle. *See* Dkt. 63 (order of reference).

The referral is limited to Defendant Doyle. Accordingly, Defendant Doyle, his counsel and counsel for Plaintiff are ORDERED TO APPEAR via ZOOM on:

   **April 27, 2022 at 9:30 am**

   **United States District Courthouse – via ZOOM**
   **700 Stewart St. 12th floor - Courtroom 12A**
   **Seattle, WA 98101**

<u>Who Must Be Present</u>

Each attorney who will try the case must be physically present, accompanied by the client or a representative with full authority to resolve the case. Having a client or representative

ORDER REGARDING JUDICIAL
SETTLEMENT CONFERENCE - 1

available by telephone is <u>not</u> acceptable. If there are other individuals whose presence would be necessary to resolve the case, please arrange for their attendance. Failure to produce the appropriate persons at the mediation or the failure to participate in good faith may result in an award of costs and attorney fees incurred by the other parties regarding the conference, or other sanctions against the non-complying party or counsel. The Court expects all participants to be prepared and sincerely interested in settlement. All parties should keep an open mind and be willing to reassess previous positions. The court expects the parties to address each other with courtesy and respect.

<u>Settlement memos</u>

Each party shall email a separate settlement memo to Judge Tsuchida's in-court clerk at andy_quach@wawd.uscourts.gov. by 12:00 noon on April 19, 2022. These memos are confidential; do not file them with the clerk's office or serve them on opposing counsel. These mediation memos should help the Court understand the facts, the issues to resolve, the applicable law and the parties' settlement position. Brevity is encouraged.

The Court understands from the docket in this case that this civil action is related to Defendant's criminal charges and conviction in the Northern District of California. If there are any agreements, findings, orders or other information or pleadings from the criminal case which are relevant to the settlement of this case, the parties are directed to provide them. Each party's memo must also include a settlement proposal and describe settlement efforts to date including matters in which the parties agree and matters that require resolution. Exhibits that would help the Court understand the case may also be submitted.

Confidentiality

Statements and disclosures made in the course of the settlement conference will be confidential and not admissible at trial or for any other purpose other than settlement. Parties should be frank and open in their discussion.

Retaining Jurisdiction

At the conclusion of the settlement conference, the Court will inquire whether the parties request the undersigned retain jurisdiction regarding any settlement that may be reached.

DATED this 9th day of March, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REGARDING JUDICIAL
SETTLEMENT CONFERENCE - 3