The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD E. MacCORD, JR.,<br>SHANNON D. DOYLE, and<br>DIGI OUTDOOR MEDIA, INC.<br><br>Defendants. | Case No. 2:17-cv-1809<br><br>FINAL PARTIAL JUDGMENT AS TO DEFENDANT DIGI OUTDOOR MEDIA, INC. |

FINAL PARTIAL JUDGMENT
SEC V. MACCORD, ET AL.
CASE NO. 2:17-CV-1809

SECURITIES AND EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2800
SAN FRANCISCO, CA 94104 ∥ (415) 705-2500

The Securities and Exchange Commission having filed a Complaint and Defendant DIGI OUTDOOR MEDIA, INC. ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Partial Judgment; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Partial Judgment;

Defendant having consented to entry of this Final Partial Judgment, which is based on conduct that occurred during a time it was managed by Donald E. MacCord, Jr., acting as Defendant's CEO ("McCord"), and Shannon D. Doyle, acting as Defendant's CFO ("Doyle"), who later pleaded guilty to conduct in the case known as *United States v. MacCord and Doyle* filed on November 28, 2017, in the United States District Court for the Northern District of California as Case No. CR 17-00592 WHA (the "Criminal Case"); and

In accordance with and subject to the *Consent of Defendant Digi Outdoor Media, Inc. To Entry of Final Judgment* dated April 20, 2022, docket no. 67-1:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a) to employ any device, scheme, or artifice to defraud;

(b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Rule 65(d)(2) of the Federal Rules of Civil Procedure, the foregoing paragraph also binds the following who receive actual notice of this Final Partial Judgment by personal service or

otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

## II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Rule 65(d)(2) of the Federal Rules of Civil Procedure, the foregoing paragraph also binds the following who receive actual notice of this Final Partial Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

## IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Partial Judgment.

## V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Partial Judgment forthwith and without further notice.

Dated: May 18, 2022

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge